Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Joseluis Garcia Gonzalez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELUIS GARCIA GONZALEZ, | Case No.: 8:15-cv-00457-GJS |
| Plaintiff, | (PROPOSED) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that fees in the amount of $3,000 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: November 2, 2015

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-